## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA

    v.                                            Criminal No.  16-CR-300 WMW

DANIEL GEORGE FISHER

_____

UNITED STATES OF AMERICA

    v.                                            Criminal No.  16-CR-269 RHK

DANIEL GEORGE FISHER

_____

## NOTICE TO THE COURT OF POSSIBLE RELATED CASES

The undersigned attorney hereby notifies the Court and counsel that the above-captioned cases are related for the following reasons:

- ◼ a  Cases involving the same act or transaction connected with or constituting a part of common conspiracy, scheme or plan.
- ◼  Cases involving the same defendant(s), whether the prior cases are open or closed.
- ◼  Cases arising out of the same operative set of facts, behavioral episode or course of conduct whether the prior cases are open or closed.

Dated: October 31, 2016                    Respectfully submitted,

                                                        ANDREW M. LUGER
                                                        United States Attorney

                                                        *s/ Angela Munoz-Kaphing*

                                                        BY:  ANGELA MUNOZ-KAPHING
                                                       Assistant United States Attorney
                                                       Attorney ID No. 389207